# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | Criminal No. JFM-91-0310 |
| v. | * | Civil No. JFM-14-1899 |
| | * | |
| TYRONE CLARK | * | |
| | ****** | |

## MEMORANDUM

Tyrone Clark has filed a motion under 28 U.S.C. §2255 asserting that he was illegally sentenced as a career offender. The motion has been fully briefed, and it will be denied.

The motion is successive because Clark has previously filed a motion under §2255. Moreover, the motion is without merit. Clark was sentenced as a career offender, not as an armed career criminal, and the sentence imposed by Judge Hargrove fell within the Sentencing Guidelines and was entirely reasonable under 18 U.S.C. §3553.

A separate order denying Clark's motion is being entered herewith.


Date: October 6, 2014        ___/s/_____
                             J. Frederick Motz
                             United States District Judge